IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 56

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEPH CARO, JR., | ) |
| | ) |
| Defendant, | ) |
| and | ) |
| | ) |
| EASTERN BAND OF CHEROKEE INDIANS, | ) |
| | ) |
| Garnishee. | ) |

## ORDER

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 40) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 38) against Defendant Joseph Caro, Jr. is **TERMINATED.**

Signed: January 5, 2023

W. Carleton Metcalf
United States Magistrate Judge